UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE STEPHEN KING,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CHARLES SCHUYLER,<br><br>　　　　　Respondent. | No.  2:23-cv-2360-KJM-SCR P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, filed this application for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 9, 2025, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  Petitioner has filed objections to the findings and recommendations.  ECF No. 41.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 37) are adopted in full;

2. Claim one in petitioner's second amended § 2254 application (ECF No. 33) is summarily dismissed as an unauthorized second or successive habeas petition; and

3. This matter is referred back to the magistrate judge for further proceedings.

DATED: October 8, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE