UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE STEPHEN KING,

               Petitioner,

    v.

CHARLES SCHUYLER,

               Respondent.

No.  2:23-cv-02360-DJC-SCR

ORDER

Petitioner, a state prisoner proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 22, 2025, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Although untimely, the Court has considered Petitioner's objections ECF Nos. 55, 57.  Petitioner filed an untimely opposition to Respondent's motion to dismiss which the Court has also considered.  ECF Nos. 53, 56.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be

1

supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 52) are adopted in full.

2.  Petitioner's motion to amend (ECF No. 45) is denied without prejudice to seeking authorization to file a second or successive § 2254 application in the Ninth Circuit pursuant to 28 U.S.C. § 2244(b)(3)(A).

3.  Respondent's motion to dismiss (ECF No. 51) is granted.

4.  Petitioner's second amended § 2254 petition (ECF No. 33) is dismissed for failing to state any federal cognizable claim for relief.

5.  The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253 as Petitioner has not made a substantial showing of the denial of a constitutional right, *see* 28 U.S.C. § 2253(c)(2).

6.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 13, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Th/king2360.805.hc.2

2